# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § | |
| Plaintiff, § § | CIVIL ACTION NO. 6:12-CR-00013-JDK |
| v. § § | |
| KEVIE LENN JOHNSON, § § | |
| Defendant. § | |

## REPORT AND RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

On December 20, 2022, the court conducted a hearing to consider the government's petition to revoke the supervised release of Defendant Kevie Lenn Johnson. The government was represented by Jim Noble, Assistant United States Attorney for the Eastern District of Texas, and Defendant was represented by Ken Hawk, Federal Public Defender.

Defendant originally pled guilty to the offense of Possession of a Stolen Firearm, a Class C felony. The United States Sentencing Guideline range for this offense, based on a total offense level of 23 and a criminal history category of V, was 84 to 105 months. The offense carried a maximum imprisonment term of 10 years. On January 9, 2013, District Judge Leonard Davis sentenced Defendant to 100 months imprisonment followed by three years of supervised release, subject to the standard conditions of release, plus special conditions to include financial disclosure, no alcohol, and drug/alcohol treatment and testing. On November 17, 2020, Defendant completed his term of imprisonment and began his term of supervised release.

Under the terms of supervised release, Defendant was prohibited from committing another federal, state, or local crime. In Allegation 1 of its petition, the government alleges Defendant

violated the conditions of his supervised release when he was arrested for driving while intoxicated in Carthage, Texas on May 21, 2022. If the court finds by a preponderance of the evidence that Defendant violated the conditions of supervised release by being arrested for the offense of driving while intoxicated on or about May 21, 2022, Defendant will have committed a Grade C violation. U.S.S.G. § 7B1.1(a). Upon a finding of a Grade C violation, the Court may revoke the term of supervision. U.S.S.G. § 7B1.3(a)(2). Considering Defendant's criminal history category of V, the Guideline imprisonment range for a Grade C violation is 7 to 13 months. U.S.S.G. § 7B1.4(a).

At the hearing, the parties indicated that they had come to an agreement to resolve the petition whereby Defendant would plead true to violating the conditions of supervision as alleged in Allegation 1 of the government's petition. In exchange, the government agreed to recommend to the court a sentence of 12 months and 1 day imprisonment, with no supervised release to follow.

The court therefore **RECOMMENDS** that Defendant's plea of true be accepted and he be sentenced to a term of 12 months and 1 day imprisonment, with no supervised release to follow. The court further **RECOMMENDS** that Defendant serve his sentence at FCI Texarkana, if available, and that Defendant receive substance abuse counseling. The parties waived their right to objections so this matter shall be immediately presented to the District Judge for consideration.

**So ORDERED and SIGNED this 20th day of December, 2022.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE